JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HA-RAKHMON AZIZI, ET AL., | No. CV 25-7562-CAS(E) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| UNITED STATES DEPT. OF JUSTICE, ET AL., | |
| Defendants. | |

Pursuant to the "Order Dismissing Action for Lack of Subject Matter Jurisdiction," IT IS ADJUDGED that this action is dismissed with prejudice.

Dated:  September 4, 2025.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE